No. 399. GRABLE, ADMINISTRATOR, ET AL. *v.* CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE, CALIFORNIA, ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. Petitioners *pro se. Rodney K. Potter* and *Harold W. Kennedy* for respondents.

No. 403. BORROW *v.* FEDERAL COMMUNICATIONS COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Victor Rabinowitz* and *Leonard B. Boudin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Bicks, Richard A. Solomon, John L. FitzGerald, Max D. Paglin* and *Ruth V. Reel* for respondent.

No. 404. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL UNION No. 310, *v.* NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Herbert S. Thatcher* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *Gerard D. Reilly* and *Richard G. Kleindienst* for Shamrock Dairy, Inc., respondents.

No. 405. BACA ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Thurman Arnold* and *Edgar H. Brenner* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *Kathryn H. Baldwin* for the United States.